| Fill in this information to identify the case: |
| --- |
| Debtor 1    Tristan Dominic Baird |
| Debtor 2 _____<br>(Spouse, if filing) |
| United States Bankruptcy Court for the:   WESTERN     District of   MISSOURI<br>                                                           (State) |
| Case number   22-40111-CAN13 |

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**      NewRez LLC d/b/a Shellpoint Mortgage      Court claim no. (if known)        11
                                        Servicing

**Last four digits** of any number you       XXXXXX1460
use to identify the debtor's account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes.  Date of the last notice:

| **Part 1:** | **Itemize Postpetition Fees, Expenses, and Charges** |
| --- | --- |

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
| --- | --- | --- | --- | --- |
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 4/11/2022, | (5) | $ 300.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify:   Plan Review | 2/8/2022 | (11) | $ $200.00 |
| 12. | Other. Specify:   POC 410a History | 2/17/2022 | (12) | $ $100.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | Tristan Dominic Baird | Case number (*if known*) | 22-40111-CAN13 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 2:     Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   */s/Ciro A Mestres*                                 Date   07/08/2022
      Signature

Print:   Ciro                    A                    Mestres                    Title   Authorized Agent
          First Name         Middle Name       Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
              Number        Street
              Roswell                    GA            30076
              City                        State         ZIP Code

Contact phone   678-281-6516                    Email   Ciro.Mestres@mccalla.com

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI

**In re:**                                          )
                                                    )   **Case No.** 22-40111-CAN13
Tristan Dominic Baird                               )   **Chapter** 13
                                                    )
                                                    )   **JUDGE:** Cynthia A. Norton
                                                    )

## EXHIBIT B

ITEMIZATION OF CLAIM

| | | | | |
|---|---|---|---|---|
| Other | | | | $200.00 |
| | 02/08/2022 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $200.00 | |
| Other | | | | $100.00 |
| | 02/17/2022 | Preparation of the POC 410A History | $100.00 | |
| Bankruptcy/Proof of Claim Fees | | | | $300.00 |
| | 04/11/2022 | Preparation and Filing of Proof of Claim | $300.00 | |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:                          **$600.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.  See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

In Re:

Tristan Dominic Baird

Bankruptcy Case No.: 22-40111-CAN13
Chapter:          13
Judge:            Cynthia A. Norton

## CERTIFICATE OF SERVICE

I, Ciro A Mestres, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Tristan Dominic Baird
2000 NE Waterfield Place
Blue Springs, MO 64014

Ryan A. Blay                                    *(served via ECF Notification)*
Wm Law
15095 W 116th St.
Olathe, KS 66049

Richard Fink, Trustee                           *(served via ECF Notification)*
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    07/08/2022      By:    */s/Ciro A Mestres*
                  (date)               Ciro A Mestres
                                       Authorized Agent for  NewRez LLC d/b/a Shellpoint
                                       Mortgage Servicing